## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

SEAN W.,

    *Plaintiff,*

v.

COMMISSIONER OF SOCIAL
SECURITY,

    *Defendant.*

Case No. 1:25-cv-01398-RLH

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to sentence four of Section 205 of the Social Security Act, which is codified at 42 U.S.C. § 405(g), and judgment shall be entered in favor of the Plaintiff. Upon receipt of the Court's order, the Appeals Council will remand the matter to an administrative law judge with instructions to offer Plaintiff the opportunity for a hearing; proceed through the sequential disability evaluation process as appropriate; obtain supplemental vocational expert testimony if warranted; and issue a new decision.

*So ordered.*

Entered this 9th day of March 2026.

s/ Ronald L. Hanna

Ronald L. Hanna
United States Magistrate Judge